UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MATTHEW ATKINSON,

    Plaintiff,

v.

    Case No. 2:14-cv-1230
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth Preston Deavers

WARDEN CHILLICOTHE
CORRECTIONAL INSTITUTION,

    Defendant.

## ORDER

On June 15, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Defendant's Motion to Dismiss be granted and that this action be dismissed (Doc. No. 8). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and this action is **DISMISSED**.

    IT IS SO ORDERED.

7-7-2015
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE